Elizabeth V. McNulty, Esq. (SB# 192455)
Evans Fears & Schuttert LLP
4440 Von Karman Avenue, Suite 250
Newport Beach, California 92660
Telephone: (949) 339-5026
emcnulty@efstriallaw.com

Amy L. Nguyen (*Pro Hac Vice Pending*)
Arizona Bar No. 023383
Gayathiri Shanmuganatha (*Pro Hac Vice Pending*)
Arizona Bar No. 030745
Axon Enterprise, Inc.
17800 N. 85th Street
Scottsdale, Arizona 85255-9603
Telephone: (623) 326-6016
amynguyen@axon.com
gshanmuganatha@axon.com

*Attorneys for Defendant Axon Enterprise, Inc.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE PIZZUTI,<br><br>                              Plaintiff,<br><br>v.<br><br>AXON ENTERPRISE, INC.,<br><br>                              Defendant. | Case No.:  **'22CV0700 W    AGS**<br><br>**NOTICE OF REMOVAL** |

   PLEASE TAKE NOTICE that Defendant Axon Enterprise, Inc. ("Axon"), by and through its undersigned counsel, submits this Notice of Removal ("Notice") pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. The District Court has jurisdiction over this action because there is complete diversity of citizenship between all plaintiffs and all defendants and the amount in controversy exceeds $75,000, exclusive of interest and costs.

1

1. On April 1, 2022, Plaintiff Terrance Pizzuti ("Plaintiff") commenced the action captioned *Pizzuti v. Axon Enterprise, Inc.*, Case No. 37-2022-00012427-CU-PO-NC in the Superior Court of the State of California, County of San Diego (the "State Court Action").

2. Axon was served with the Summons and Complaint on April 15, 2022.

## JURISDICTIONAL BASIS FOR REMOVAL

3. This Court has jurisdiction over this action under 28 U.S.C. §§ 1332 and 1441(b) because (1) there is complete diversity of citizenship between the Plaintiff and the Defendant; and (2) the amount in controversy exceeds $75,000, exclusive of interest and costs.

4. Plaintiff filed suit in California and is a citizen of the State of Florida. Axon is incorporated in the State of Delaware and has its principal place of business in Arizona. Therefore, pursuant to 28 U.S.C. § 1332(c)(1), while Axon is a citizen of both Delaware and Arizona, Axon is not a citizen of California.

5. In his Complaint, Plaintiff seeks damages for wage loss, loss of use of property, hospital and medical expenses, general damage, property damage, and loss of earning capacity. Accordingly, based on the face of Plaintiff's Complaint, the amount in controversy exceeds $75,000, exclusive of interest and costs.

6. The Court in which this action was commenced is within this Court's District and Division.

## TIMELINESS OF REMOVAL

7. Axon filed this Notice within thirty days of the date it was served with the State Court Action, and within the time prescribed for filing this Notice under 28 U.S.C. § 1446. Axon was served with summons and complaint on April 15, 2022. 28 U.S.C. § 1446(b)(2)(B) provides that "Each defendant shall have 30 days after receipt by or service on that defendant of the initial pleading or summons described in paragraph (1) to file the notice of removal."

## PROCEDURAL REQUIREMENTS FOR REMOVAL

8. Pursuant to 28 U.S.C. § 1466(a), a true and correct copy of all the process, pleadings, and orders served on Axon prior to its removal of the State Court Action is attached as Exhibit 1.

9. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice will be filed with the Clerk of the Superior Court of the State of California, County of San Diego.

10. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice will be given to all adverse parties.

WHEREFORE, Axon hereby removes the State Court Action from the Superior Court of the California, San Diego North County Division to this United States District Court.

RESPECTFULLY SUBMITTED this 16 day of May, 2022.

/s/ Elizabeth McNulty
Elizabeth McNulty
California Bar No. 192455
Evans Fears & Schuttert LLP
4440 Von Karman Avenue, Suite 250
Newport Beach, California 92660
Telephone: (949) 339-5026
Email: emcnulty@efstriallaw.com

Amy L. Nguyen (Pro Hac Vice Pending)
Arizona Bar No. 023383
Gaya Shanmuganatha (Pro Hac Vice Pending)
Arizona Bar No. 030745
Axon Enterprise, Inc.
17800 N. 85th Street
Scottsdale, AZ, 85255
Telephone: (623) 326-6016
Email: amynguyen@axon.com
Email: legal@axon.com (secondary)

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 4440 Von Karman Avenue, Suite 250, Newport Beach, California, 92660.

On May 16, 2022, I served, in the manner indicated below, the foregoing document described as:

**NOTICE OF REMOVAL**

on the interested parties in this action as follows:

☒ **BY ELECTRONIC TRANSMISSION:** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 16, 2022, I checked the CM/ECF docket for this proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) stated below.

| Barry Pasternack, Esq.<br>Law Offices of Barry Paternack<br>1230 Columbia Street, Ste. 540<br>San Diego, Ca 92101<br>Tel: (619) 230-1007<br>Fax: (619) 230-1033<br>eservice@bpinjurylaw.com | Attorneys for Plaintiffs<br>**Terrance Pizzuti** |
|---|---|

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on May 16, 2022 at Newport Beach, California.

*Aubrie Hewatt*
_____
Aubrie Hewatt