BARRY PASTERNACK, SBN 134996
EMANUEL PASTERNACK, SBN 312378
eservice@bpinjurylaw.com
**LAW OFFICE OF BARRY PASTERNACK**
1230 Columbia Street, Suite 540
SAN DIEGO, CALIFORNIA 92101
TELEPHONE: (619) 230-1007
FACSIMILE: (619) 230-1033

Attorneys for Plaintiff: Terrance Pizzuti

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| TERRENCE PIZZUTI,<br><br>Plaintiff,<br><br>v.<br><br>AXON ENTERPRISE, INC.; and DOES 1-20, inclusive,<br><br>Defendant. | CASE NO. 3:22-cv-00700-W-AGS<br><br>**PLAINTIFF'S FIRST AMENDED COMPLAINT FOR INJURIES BASED ON:**<br><br>1. **STRICT PRODUCTS LIABILITY – MANUFACTURING DEFECT**<br>2. **STRICT PRODUCTS LIABILITY – DESIGN DEFECT**<br>3. **NEGLIGENCE** |
|---|---|

Pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 15(a)(1)(B), Comes now Plaintiff, TERRENCE PIZZUTI, and for his causes of action against Defendant, AXON ENTERPRISE, INC., and complains and alleges based on information and belief, as follows:

## JURISDICTION AND VENUE

1. This action was originally brought in State Court (Case No. 37-2022-00012427-CU-PO-NC) and was later removed by Defendant, AXON ENTERPRISE, INC. to Federal Court on May 17, 2022 based on diversity jurisdiction, which vests exclusive subject matter

jurisdiction of Federal Tort Claims litigation in the Federal District Court.

2. Venue is proper in the Southern District of California pursuant to 28 U.S.C. §§ 1391(b)(1) and/or 1391(b)(2), as well as 28 U.S.C. § 1391(e)(1) because plaintiff resides within this judicial district, and a substantial part of the events giving rise to this claim occurred within the judicial district of the Southern District of California.

## NATURE OF THE ACTION

3. This is a personal injury action arising as a result of a product liability incident. The incident in question occurred on April 12, 2020, at 555 N. Centre City Parkway, in Escondido, CA. Plaintiff, a police officer at the time, was responding to a call of a disturbance at Americas Vest Value Inn & Suites, at the address above. Once Plaintiff arrived at the scene, he was immediately assaulted by an unknown assailant. Sometime during the fight, Plaintiff deploys his Taser which has no effect on the assailant. After the failed Taser attempt, backup arrived and Plaintiff and other officers, were able apprehend the assailant. After the assailant was apprehended, all of the parts of the Taser cartridge were collected. Upon collection, Plaintiff's commanding officer, Sergeant Russ Whitaker, observed that the "probes" were incomplete, consisting of only the lower metal portion of the probe, missing the upper metal portion with the attached barb. As a result of the failure of the product, Plaintiff sustained serious injuries.

## PARTIES

4. At all times relevant, plaintiff Terrance Pizzuti was a competent adult who was a resident of San Diego, California.

5. Defendant, AXON ENTERPRISE, INC., is an Arizona corporation with its principal place of business in Arizona.

2

LAW OFFICE OF
BARRY PASTERNACK
1230 Columbia Street,
Suite 930
San Diego, CA 92101

6. Defendants, AXON ENTERPRISE, INC. is being sued for plaintiff's personal injuries caused by their defective Taser Cartridge.

## FACTS

7. Defendant design, research, develop, manufacture, test, market, advertise, promote, distribute and sell products, specifically Taser products, that are sold to and marketed to Police Departments as a form of non-lethal weaponry.

8. Of all items distributed to Escondido Police Officers, the Taser cartridge is the only piece that cannot be inspected in any form due to its current opaque blast doors.

9. On April 12, 2020, plaintiff Terrance Pizzuti sustained serious injuries while responding to a call at 555 N. Centre City Parkway, Escondido, CA.

10. At approximately 3:00am, Plaintiff received a call of a disturbance at the above address. Upon arrival, Plaintiff was almost immediately attacked by an unknown assailant.

11. The unknown assailant failed to comply with multiple commands Plaintiff had given and continued to fight as opposed to fleeing from Plaintiff.

12. At one point during the altercation, the unknown assailant reached for Plaintiff's weapon, after this occurred, Plaintiff was able to separate from the assailant, pull out his Taser, and deploy it against the assailant.

13. Plaintiff alleges that his injuries were sustained when, after deploying his Taser, the assailant was not stopped and continued to fight.

14. Eventually, after the assailant was subdued, the Taser Cartridge ("Cartridge No.: C4108RV3R") was found and inspected. It was determined that the Cartridge No.: C4108RV3R was incomplete and did not contain either of the barbs that are normally attached to the probe.

3

LAW OFFICE OF
BARRY PASTERNACK
1230 Columbia Street,
Suite 930
San Diego, CA 92101

PLAINTIFF'S FIRST AMENDED COMPLAINT

15. Plaintiff contends that had the blast doors on Cartridge No.: C4108RV3R been clear, he would have been able to inspect the cartridge in its entirety and see any possible manufacturing issues.

16. Plaintiff contends that defendant AXON ENTERPRISES, INC. negligently manufactured Cartridge No.: C4108RV3R which is the actual and proximate cause oof plaintiff's injuries.

17. The monetary amount of both general and special damages to which plaintiff is legally entitled to as a result of the acts of defendant or its employees comes to at the very least an amount that is within the court's jurisdiction.

**FIRST CAUSE OF ACTION- Strict Products Liability – Manufacturing Defect**

**(Against Defendant, AXON ENTERPRISE, INC.)**

18. Plaintiff repeats and re-alleges each and every allegation contained in paragraphs 1 through 17, inclusive, and incorporates by reference hereunder, for all intents and purposes as fully set forth herein.

19. Plaintiff is informed and believes, and thereupon alleges, that on or before the above-referenced date and place, defendants, and each of them, manufactured Cartridge No.: C4108RV3R, that was sold to the Escondido Police Department.

20. Plaintiff is informed and believes, and thereupon alleges, that on or about the above-referenced date and place, Cartridge No.: C4108RV3R. left defendants possession containing the defect.

21. As a direct result of the conduct of the defendants, and each of them, plaintiff was hurt and injured in his health, strength and activity, sustaining injuries to his body and shock and injury to his nervous system and person, all of which said injuries have caused and

4

LAW OFFICE OF
BARRY PASTERNACK
1230 Columbia Street,
Suite 930
San Diego, CA 92101

PLAINTIFF'S FIRST AMENDED COMPLAINT

continue to cause the plaintiff great physical pain and suffering.

22. Plaintiff is informed and believes, and thereupon alleges, that Cartridge No.: C4108RV3R was a substantial factor in causing his injuries.

23. As a direct result of the conduct of the defendants, and each of them, as aforesaid, plaintiff was compelled and did employ the services of hospitals, physicians, nurses and the like, to care for and treat him, and did incur hospital medical, professional and incidental expenses, and plaintiff is informed and believes, and thereupon alleges, that by reason of his injuries he will necessarily incur additional expenses for an indefinite period of time in the future, the exact amount of such expenses will be stated according to proof at the time of trial.

24. As a direct and proximate result of defendants' conduct, plaintiff sustained serious injuries and is entitled to recover compensatory damages in an amount according to proof.

## SECOND CAUSE OF ACTION- Strict Products Liability – Design Defect

### (Against Defendant, AXON ENTERPRISE, INC.)

25. Plaintiff repeats and re-alleges each and every allegation contained in paragraphs 1 through 25, inclusive, and incorporates by reference hereunder, for all intents and purposes as fully set forth herein.

26. Plaintiff is informed and believes, and thereupon alleges, that on or before the above-referenced date and place, defendants, and each of them, manufactured Cartridge No.: C4108RV3R, that was sold to the Escondido Police Department.

27. Plaintiff is informed and believes, and thereupon alleges, that on the date referenced above, Cartridge No.: C4108RV3R, did not perform as safely as an ordinary police

5

LAW OFFICE OF
BARRY PASTERNACK
1230 Columbia Street,
Suite 930
San Diego, CA 92101

PLAINTIFF'S FIRST AMENDED COMPLAINT

officer would have expected it to perform when used in its intended way.

28. As a direct result of the conduct of the defendants, and each of them, plaintiff was hurt and injured in his health, strength and activity, sustaining injuries to his body and shock and injury to his nervous system and person, all of which said injuries have caused and continue to cause the plaintiff great physical pain and suffering.

29. Plaintiff is informed and believes, and thereupon alleges, that on the date referenced above, had Cartridge No.: C4108RV3R worked as intended, Plaintiff would not have been harmed as severely as he was.

30. As a direct result of the conduct of the defendants, and each of them, as aforesaid, plaintiff was compelled and did employ the services of hospitals, physicians, nurses and the like, to care for and treat him, and did incur hospital medical, professional and incidental expenses, and plaintiff is informed and believes, and thereupon alleges, that by reason of his injuries he will necessarily incur additional expenses for an indefinite period of time in the future, the exact amount of such expenses will be stated according to proof at the time of trial.

31. As a direct and proximate result of defendants' conduct, plaintiff sustained serious injuries and is entitled to recover compensatory damages in an amount according to proof.

**THIRD CAUSE OF ACTION- Negligence**

**(Against Defendant, AXON ENTERPRISE, INC.)**

32. Plaintiff repeats and re-alleges each and every allegation contained in paragraphs 1 through 31, inclusive, and incorporates by reference hereunder, for all intents and purposes as fully set forth herein.

6

LAW OFFICE OF
BARRY PASTERNACK
1230 Columbia Street,
Suite 930
San Diego, CA 92101

33. Plaintiff is informed and believes, and thereupon alleges, that on or before the above-referenced date and place, defendants, and each of them, manufactured Cartridge No.: C4108RV3R, that was sold to the Escondido Police Department.

34. Plaintiff is informed and believes, and thereupon alleges, that defendants, and each of them were negligent in designing, and manufacturing Cartridge No.: C4108RV3R.

35. As a direct result of the conduct of the defendants, and each of them, plaintiff was hurt and injured in his health, strength and activity, sustaining injuries to his body and shock and injury to his nervous system and person, all of which said injuries have caused and continue to cause the plaintiff great physical pain and suffering.

36. Plaintiff is informed and believes, and thereupon alleges, that defendants negligence was a substantial factor in causing his harm.

37. As a direct result of the conduct of the defendants, and each of them, as aforesaid, plaintiff was compelled and did employ the services of hospitals, physicians, nurses and the like, to care for and treat him, and did incur hospital medical, professional and incidental expenses, and plaintiff is informed and believes, and thereupon alleges, that by reason of his injuries he will necessarily incur additional expenses for an indefinite period of time in the future, the exact amount of such expenses will be stated according to proof at the time of trial.

38. As a direct and proximate result of defendants' negligent conduct, plaintiff sustained serious injuries and is entitled to recover compensatory damages in an amount according to proof.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays for the following relief from defendant for all causes of

7

LAW OFFICE OF
BARRY PASTERNACK
1230 Columbia Street,
Suite 930
San Diego, CA 92101

action as follows:

1. For general damages according to proof;
2. For special damages according to proof;
3. For pre-judgment and post-judgment interest as allowed by law;
4. For costs of suit incurred herein; and
5. Grant such other relief as the Court may deem just and proper.

///

///

DATED: June 13, 2022

LAW OFFICE OF BARRY PASTERNACK

By: _____
Barry Pasternack, Esq.
Emanuel Pasternack, Esq.
E-mail: barry@bpinjurylaw.com
Attorneys of Record for Plaintiff:
Terrance Pizzuti

8

LAW OFFICE OF
BARRY PASTERNACK
1230 Columbia Street,
Suite 930
San Diego, CA 92101

PLAINTIFF'S FIRST AMENDED COMPLAINT